## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FS Ventures, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Cascade Elevators** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2664370** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **19009 62nd Ave., NE** <br> **Arlington, WA 98223** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Snohomish** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **cascadeelevators.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **FS Ventures, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__23__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
| District | When | Case number |

| Debtor | **FS Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3
Case 24-11571-CMA    Doc 1    Filed 06/21/24    Ent. 06/21/24 18:56:19    Pg. 3 of 18

Debtor  **FS Ventures, LLC**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | FS Ventures, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 21, 2024**
MM / DD / YYYY

**X /s/ Michael Skalski**                               **Michael Skalski**
Signature of authorized representative of debtor         Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ Thomas D. Neeleman**                            Date **June 21, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**     Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **16d LLC**<br>**PO BOX 804**<br>**Vashon, WA 98070** | | **Vendor** | **Disputed** | | | $31,863.60 |
| **Alpha Elevator Control**<br>**6711 Power Inn Suite B**<br>**Sacramento, CA 95828** | | **Vendor** | | | | $19,652.14 |
| **Altus Receivables Management**<br>**PO BOX 186**<br>**Metairie, LA 70004-0186** | | **Collections Collecting For CED Cosolidated Electrical** | | | | $14,546.75 |
| **Cascadia Electrical Solutions,**<br>**1520 4th Street**<br>**Marysville, WA 98270** | | **Vendor** | | | | $54,333.83 |
| **DP Wain Construction**<br>**PO BOX 3771**<br>**Silverdale, WA 98383** | | **Contract Dispute** | **Disputed** | | | $270,000.00 |
| **Elevations, LTD**<br>**5620 South Proctor St.**<br>**#B**<br>**Tacoma, WA 98409** | | **Vendor** | | | | $138,337.50 |
| **Elevator Controls Corporation**<br>**PO BOX 102517**<br>**Pasadena, CA 91189-2317** | | **Vendor** | | | | $17,600.00 |

| Debtor | FS Ventures, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Elevator Manufacturing LLC**<br>1309 Dale Ave<br>Benton City, WA 99320 | | | | | | $19,381.00 |
| **Ford Motor Credit**<br>P.O. Box 650573<br>Dallas, TX 75265 | | **2023 Ford T250 (VIN 6776), 2023 Ford T350 (VIN 9934), 2022 Ford Escape (VIN 7145), 2022 Ford Escape (VIN 3345), 2023 Ford T250 (VIN 6505)** | | $220,000.00 | $0.00 | $220,000.00 |
| **Heating and Cooling NW**<br>2207 Lundquist Lane<br>Lake Stevens, WA 98258 | | **Vendor** | | | | $34,495.00 |
| **Innovation industries, Inc.**<br>3500 E Main St<br>Russellville, AR 72802-9673 | | **Vendor** | | | | $18,218.96 |
| **IRS**<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | **Taxes** | | | | $125,000.00 |
| **La Conner Country Inn, LLC**<br>c/o Thomas Bigsby, PLLC<br>1907 Everett Ave.<br>Everett, WA 98201 | | **Lawsuit - Construction Contract** | **Disputed** | | | $90,825.71 |
| **NEII Benefit Plans**<br>19 Campus Blvd, Suite 200<br>Newtown Square, PA 19073-3288 | | **Vendor** | | | | $189,000.00 |
| **Nortech**<br>9630 49th Ave S.<br>Seattle, WA 98118 | | **Vendor** | | | | $12,125.30 |
| **Regence Health Plan**<br>1800 - 9th Ave.<br>Seattle, WA 98101 | | **Insurance** | | | | $13,105.36 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Spire University Buidling** **PO BOX 82644** **Goleta, CA 93118** | | **Contract Dispute** | **Disputed** | | | **$350,370.41** |
| **Surety Group** **801 South Figuera Street** **Suite 700** **Los Angeles, CA 90017** | | **Bond** | | | | **$12,000.00** |
| **Tesla Electic, LLC** **PO BOX 7066** **Bonney Lake, WA 98391** | | **Vendor** | | | | **$37,398.77** |
| **WA Department of Revenue** **2101 4th Ave, Ste 1400** **Seattle, WA 98121** | | | | | | **$163,516.78** |

16D LLC
PO BOX 804
VASHON, WA 98070

AALBU BROTHERS, LLC
19129 SMOKEY POINT BLVD. #1
ARLINGTON, WA 98223

AFCO
PO BOX 4795
CAROL STREAM, IL 60197

ALEXANDER CANNON

ALPHA ELEVATOR CONTROL
6711 POWER INN
SUITE B
SACRAMENTO, CA 95828

ALSTON, COURTNAGE &
BASSETTI, LLP
600 UNIVERSITY STREET
SUITE 2310
SEATTLE, WA 98101

ALTUS RECEIVABLES MANAGEMENT
PO BOX 186
METAIRIE, LA 70004-0186

AMERICAN CONTRACTORS INDEMNITY
801 FIGUEROA STREET
SUITE 700
LOS ANGELES, CA 90017

ANSWERNET, INC.
3930 COMMERCE AVE
WILLOW GROVE, PA 19090

ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104

AUBURN MECHANICAL
PO BOX 249
AUBURN, WA 98071


BAILEY, DUSKIN & PEIFFLE, P.S.
ATTORNEYS AT LAW
PO BOX 188
ARLINGTON, WA 98223-0180


BARCO RENT-A-TRUCK
717 SOUTH 5600 WEST
SALT LAKE CITY, UT 84104


BASIC AMERICAN, INC.
ATTENTION GARY BLEAZARD
538 POTATO FRONTAGE RD SE
MOSES LAKE, WA 98837


BAYSIDE SERVICES
PO BOX 216
EVERSON, WA 98247-0216


BLAKE HURLBUT


CANON FINANCIAL SERVICES
14904 COLLECGTIONS CENTER
CHICAGO, IL 60693


CASCADIA ELECTRICAL SOLUTIONS,
1520 4TH STREET
MARYSVILLE, WA 98270


CHRISTENSEN USA
1912 S 146TH ST
SEATTLE, WA


CITY OF ARLINGTON
238 N OYLMPIC AVE
ARLINGTON, WA 98223


COLBY
3802 COLBY AVE.,
EVERETT, WA 98201

COLUMBIA ELEVATOR
7702 WEST FIFTH AVE
WINFIELD, KS 67156


COMCAST BUSINESS


CONSOLIATED ELECTRICAL DIST.
3000 WALNUT AVE
LONG BEACH, CA 90807


COPPER STATE SPECIALIST/UNION
4874 S WARNER DR.
APACHE JUNCTION, AZ 85120


COSCO FIRE PROTETION
4308 S 131ST PLACE
SEATTLE, WA 98168-0320


CT CORPORATION
330 NORTH BERAND BLVD
SUITE 700
GLENDALE, CA 91203


DELAWARE ELEVATOR
2210 ALLEN DR
SALISBURY, MD 21801


DP WAIN CONSTRUCTION
PO BOX 3771
SILVERDALE, WA 98383


ELEVATIONS, LTD
5620 SOUTH PROCTOR ST.
#B
TACOMA, WA 98409


ELEVATOR CONTROLS CORPORATION
PO BOX 102517
PASADENA, CA 91189-2317


ELEVATOR MANUFACTURING LLC
1309 DALE AVE
BENTON CITY, WA 99320

ELIZABETH DAVIS
BURKE, WARREN, MACKAY
& SERRITLLA, PC
330 N WABASH AVE., STE 2100
CHICAGO, IL 60611

EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507

FORD CREDIT
PO BOX 650573
DALLAS, TX 75265-0573

FORD MOTOR CREDIT
P.O. BOX 650573
DALLAS, TX 75265

FORD MOTOR CREDIT
P.O. BOX 689007
FRANKLIN, TN 37068

FUELMAN FLEETCOR
PO BOX 70887
CHARLOTTE, NC 28272

GAL MANUFACTORING COMPANY
50 E 153RD ST
BRONX, NY 10451

GARDEN COURT
1631 16TH AVE
SEATTLE, WA 98122

GOOD TO GO
PO BOX 34562
SEATTLE, WA 98124

GRAINGER
3013 WALNUT ST
EVERETT, WA 98201

HEATING AND COOLING NW
2207 LUNDQUIST LANE
LAKE STEVENS, WA 98258

HERMES LAW FIRM, P.S.
1812 HEWITT AVE, SUITE 102
EVERETT, WA 98201


HOLISTER-WHITNEY ELEVATOR CO.
#1 HOLLISTER-WHITNEY PARKWAY
PO BOX 4025
QUINCY, IL 62305-4025


INNOVATION INDUSTRIES, INC.
3500 E MAIN ST
RUSSELLVILLE, AR 72802-9673


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JUNIE MIN/DAYS INN SEATTLE
9100 AURORA AVE
SEATTLE, WA 98185


KINGS III OF AMERICA, LLC
751 CANYON DRIVE, 3100
COPPELL, TX 75019


LA CONNER COUNTRY INN, LLC
C/O THOMAS BIGSBY, PLLC
1907 EVERETT AVE.
EVERETT, WA 98201


LAW OFFICE OF CARL
COLBERT, LTD, PC
40 LAKE BELLEVUE DRIVE
SUITE 100
BELLEVUE, WA 98005


LIEN SOLUTIONS
P.O. BOX 29071
GLENDALE, CA 91209


LIGHTHOUSE SUITES INN
491 DAMON ROAD
OCEAN SHORES, WA 98569

```
LITFKEEPER
PO BOX 218
SLATERSVILLE, RI 02876-0218


LLC
628 99TH ST SW
LYNNWOOD, WA 98036


LYNNWOOD POLICE STATION
19100 44TH AVE W
LYNNWOOD, WA 98036


MID AMERICAN ELEVATOR COMPANY
175 PRAIRIE LAKE ROAD
DUNDEE, IL 60118


NCS CREDIT
729 MINER ROAD
CLEVELAND, OH 44143


NEII BENEFIT PLANS
19 CAMPUS BLVD, SUITE 200
NEWTOWN SQUARE, PA 19073-3288


NORTECH
9630 49TH AVE S.
SEATTLE, WA 98118


PETRO CARD
PO BOX 34243
SEATTLE, WA 98124


PRIME DUMPSTER
262604 SOUTH 208TH STREET
SEATTLE, WA 98198


PUD
PO BOX 1107
EVERETT, WA 98206-1107


RACHEL HOUSER
526 N WEST AVE, #35
ARLINGTON, WA 98223-1251
```

REGENCE HEALTH PLAN
1800 - 9TH AVE.
SEATTLE, WA 98101


RODNEY ISAAC, II


SAFETY - KLEEN SYSTEMS, INC
42 LONGWATER DR
NORWELL, MA 02061


SARAH PURDEY


SCHLEMLEIN, FICK & FRANKLIN
66 SOUTH HANFORD STREET
SUITE 300
SEATTLE, WA 98134


SEAN SEEMAN


SERVICEMASTER SUPERB CLEANING
PO BOX 1104
MARYSVILLE, WA 98270-1104


SMITH FIRE SYSTERMS
1106 54TH AVE E
TACOMA, WA 98424


SOUTHERN ELEVATOR & ELECTIC SU
2781 W MCNAB RD
POMPANO BEACH, FL 33069


SPIRE UNIVERSITY BUIDLING
PO BOX 82644
GOLETA, CA 93118


STEPHEN MAIN


SUNBELT RENTALS
PO BOX 585
HERMITAGE, TN 37076

```
SURETY GROUP
801 SOUTH FIGUERA STREET
SUITE 700
LOS ANGELES, CA 90017


T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2456


TESLA ELECTIC, LLC
PO BOX 7066
BONNEY LAKE, WA 98391


THE LEVITON LAW FIRM LTD
ONE PIERCE PLACE
SUITE 725W
ITASCA, IL 60143


TIARA DE LAGO
PO BOX 3080
BELLEVUE, WA 98009-3080


TOKIO MARINE HCC
801 SOUTH FIGUERO STREET
SUITE 700
LOS ANGELES, CA 90017


UNITEC PARTS COMPANY
PO BOX 93937
CHICAGO, IL 60673-3937


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000
```

WASHINGTON ELECTRICAL
CONTRACTING, LLC


WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, CA 90054-1065


WEST ROY BUILDING
EVERGREEN PROPERTIES PNW 999 N
#215
SEATTLE, WA 98103


WESTAR PROPERTIES, NW, LLC
18933 59TH AVE., NE
NO. 102
ARLINGTON, WA 98223


WTP TRADEMARK PUBLICATION
1760-25 UNION TURNPIKE
FRESH MEADOWS, NY 11365


WURTEC
6200 BRENT DR
TOLEDO, OH 43611


ZAHNSOW PROPERTIES
340 SUNSET AVENUE
EDMONDS, WA 98020


ZIX CORP SYSTEMS
PO BOX 735650
CHICAGO, IL 60673-5650

# United States Bankruptcy Court
## Western District of Washington

In re **FS Ventures, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FS Ventures, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 21, 2024** | **/s/ Thomas D. Neeleman** |
| Date | **Thomas D. Neeleman 33980** |
| | Signature of Attorney or Litigant |
| | Counsel for **FS Ventures, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |